UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH SPECIALTY INSURANCE COMPANY,

        Plaintiff,

-against-

TSANG CONSTRUCTION, INC.,

        Defendant

Docket No. 1:23-cv-2857

[PROPOSED] DEFAULT JUDGMENT

This action having been commenced on April 5, 2023 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant TSANG CONSTRUCTION, INC. ('Tsang") on April 20, 2023 through the New York Secretary of State as Tsang's agent, and a proof of service having been filed on April 24, 2023 and Tsang not having answered the Complaint, and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED AND DECREED: that Plaintiff ARCH SPECIALTY INSURANCE COMPANY have judgment against Defendant TSANG CONSTRUCTION, INC.. as follows:

1)   in the liquidated amount of $74,074.14 with interest at 9% per annum from January 28, 2021 amounting to  $91,462.28  ;

2)   in the liquidated amount of $49,868.75 with interest at 9% per annum from March 10, 2021 amounting to  $61,070.77  ; and

3)   costs and disbursements of this action in the amount of $ 698.31

, amounting in all to $153,231.36 .

Dated: New York, New York
     September 7, 2023

_____
U.S.D.J.